IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
KEVIN CONLEY and OCTAVIA      *
CONLEY,                        *
                               *
      Plaintiffs,              *
                               *
      v.                       *      CV 125-241
                               *
STATE FARM FIRE AND CASUALTY   *
COMPANY,                       *
                               *
      Defendant.               *
```

O R D E R

Currently before the Court is the Parties' consent motion to remand. (Doc. 14.) Upon due consideration, the Court **GRANTS** the Parties' motion. The Clerk is directed to **REMAND** this case to the Superior Court of Richmond County, Georgia, **TERMINATE** all motions and deadlines, and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia this 15th day of December, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA